# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

CHRISTOPHER M. BOBACK, : No. 175 WAL 2015

          Petitioner :

           : Petition for Allowance of Appeal from
           : the Order of the Superior Court

       v. :

JENNIFER O. ROSS AND DAVID A. :
ROSS, :

          Respondents :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of October, 2015, the Petition for Allowance of Appeal is **DENIED**.